FILED
CLERK, U.S. DISTRICT COURT

JAN - 6 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC AS ATTORNEY IN FACT FOR SRP 2010-6, LLC,<br><br>              Plaintiff,<br><br>   vs.<br><br>CAESAR MORALES, et al.,<br><br>             Defendants. | CASE NO. CV 13-9297 UA (DUTYx)<br><br>ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTION |

    The Court will remand this unlawful detainer action to state court summarily, because it was removed improperly.

    On December 18, 2013, one of the defendants in what appears to be a routine unlawful detainer action in California state court, lodged a Notice Of Removal of that action to this Court and also presented an application to proceed *in forma pauperis*. The Court has denied the application under separate cover, because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

    There is no basis for concluding that this unlawful detainer action could have been brought in federal court in the first place, in that defendant does not competently allege facts supplying either diversity or federal question jurisdiction, and therefore, removal is

1  improper. 28 U.S.C. § 1441; *see Exxon Mobil Corp v. Allapattah Svcs., Inc.*, 545 U.S.
2  546, 563, 125 S.Ct. 2611, 162 L.Ed.2d 502 (2005). Whether or not complete diversity of
3  citizenship exists, the amount in controversy does not exceed the diversity jurisdiction
4  threshold of $75,000; indeed, the unlawful detainer complaint expressly alleges that the
5  amount demanded is "does not exceed $10,000." *See* 28 U.S.C. § 1332(a). Further,
6  plaintiff's unlawful detainer complaint does raise any federal legal question. *See* 28
7  U.S.C. §§ 1331, 1441(a).
8      Accordingly, IT IS ORDERED that: (1) this matter be REMANDED to the Superior
9  Court of California, Los Angeles County, Chatsworth Courthouse, 9425 Penfield Avenue,
10  Chatsworth, CA 91311, for lack of subject matter jurisdiction pursuant to 28 U.S.C.
11  § 1447(c); (2) the Clerk shall send a certified copy of this Order to the state court; and (3)
12  the Clerk shall serve copies of this Order on the parties.
13      IT IS SO ORDERED.

15  DATED: 12/30/13

                                                        GEORGE H. KING
                            CHIEF UNITED STATES DISTRICT JUDGE